CHAPTER 13 PLAN

Case No.: **10-84774**

Debtor(s): **Larry Powell**   SS#: **xxx-xx-4565**   Net Monthly Earnings: **0.00**

**Charmaine Powell**   SS#: **xxx-xx-2948**   Number of Dependents: **1**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **421.68**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ■ monthly into the plan; or
   (    ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **25,300.80**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| IRS | Taxes and certain other debts | $1,534.57 | $306.91 |

   B. Total Attorney Fee: $ **2,750.00** ; $ **277.00** paid pre-petition; $ **0.00** to be paid at confirmation and $ **309.13** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Chase Mtg | $135,795.00 | ☐ by Trustee<br>■ by Debtor<br>$1,378.00 |  | $0.00 |  | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Santander Consumer Usa | $0.00 | $14,866.00 | $13,260.00 | $1,606.00 | 2007 Hyundai Santa Fe Location: 103 Silverleaf Dr, Harvest AL 35749 | 5.50% | $375.45 | Month 8 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

   ■ This is an original plan.

   ☐ This is an amended plan replacing plan dated ____.

   ■ This plan proposes to pay unsecured creditors **5** %.

   ■ Other Provisions:
   **Special Intentions:**
   **Island One, Inc.: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
   **Student loans to be subclassed and paid, to the extent possible, in years 4 and 5.**

Name/Address/Telephone/Attorney for Debtor (s)   Date **November 24, 2010**   **/s/ Larry Powell**
**Melissa W. Larsen**                                                             **Larry Powell**
                                                                                  Signature of Debtor
**1733 Winchester Road**                                                          **/s/ Charmaine Powell**
**Huntsville, AL 35811**                                                          **Charmaine Powell**
Telephone # **256-859-3008**                                                      Signature of Debtor